Charlotte BRADY, Plaintiff-Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Defendant-Appellee.

No. 46.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

James B. McKenna, of Buffalo, N. Y. (Thomas J. McKenna, of Buffalo, N. Y., of counsel), for appellant.

Dudley, Stowe & Sawyer, of Buffalo, N. Y. (Roy P. Ohlin, of Buffalo, N. Y., of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment, 53 F.Supp. 173, affirmed on opinion below.

Frank BIRD, Alias, etc., Appellant, v. UNITED STATES of America, Appellee.

No. 9559.

Circuit Court of Appeals, Sixth Circuit.

Dec. 17, 1943.

Frank Bird, in pro. per.

Don C. Miller, of Cleveland, Ohio, for the United States.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The District Attorney having confessed error, and this cause being submitted on the record and the court being advised, the judgment is reversed and the cause remanded to the United States District Court for the Northern District of Ohio, Eastern Division, with directions to vacate the sentence of twenty years imposed by that court on appellant, November 1, 1937, on the first count of the indictment, in the case of United States v. Charles Bird, Criminal Docket No. 16063, the sentence of twenty-five years imposed at the same time on the second count of the indictment to remain in full force and effect, which said sentence shall run from November 1, 1937. Wm. H. Lockhart v. United States, 6 Cir., 136 F.2d 122; Holiday v. Johnston, 313 U. S. 342, 62 S.Ct. 1015, 86 L.Ed. 1392.

ESTATE of Johnson N. CAMDEN, Deceased, et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9574.

Circuit Court of Appeals, Sixth Circuit.

Dec. 15, 1943.

Bradley & Blanton, of Paris, Ky., and Woodward, Dawson & Hobson, of Louisville, Ky., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Bernard D. Daniels, J. Louis Monarch, and L. W. Post, all of Washington, D. C., for respondent.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel. On consideration whereof, it is ordered that the decision of the United States Board of Tax Appeals (now the Tax Court of the United States), 47 B.T. A. 926, be and it hereby is affirmed upon the grounds and for the reasons stated in the findings of fact and opinion promulgated October 20, 1942.